UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-61429-CIV- COOKE

CHARLES BADO

        Plaintiff,

v

RIO VISTA PLAZA, LLC, and
GROVE RIO VISTA, LLC.

        Defendants.

_____|

### STIPULATION FOR DISMISSAL

THE PARTIES HERETO, **CHARLES BADO,** Plaintiff, and **RIO VISTA PLAZA, LLC, and GROVE RIO VISTA, LLC.**, Defendants, have entered into an agreement settling all matters at issue between and among them in this cause, and hereby jointly request the Court enter an order dismissing this cause with prejudice, retaining jurisdiction only to enforce the terms of the settlement agreement.

STIPULATED AND AGREED TO by undersigned Counsel for Plaintiff and Defendants on the dates below written.

_____
**STUART A. ROSENFELDT**, fbn 316113
Rosenfeldt & Birken, P.A.
Attorney for Plaintiff
**CHARLES BADO**
100 SE 2d Ave., Suite 1300
Ft. Lauderdale, FL 33394

Date: 9/16/11

_____
**MATT WEINSTEIN**, fbn 113320
Attorney for Defendants,
**RIO VISTA PLAZA, LLC** and
**GROVE RIO VISTA, LLC.**
9200 So. Dadeland Blvd., Suite 400
Miami, FL 33156
ph:(305) 670-5200; fax: (305) 670-5210

Date: 9/19/2011