UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61429-Civ-COOKE/TURNOFF

CHARLES BADO,

    Plaintiff
vs.

RIO VISTA PLAZA, LLC, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to the Parties' Joint Stipulation for Dismissal (ECF No. 14), filed September 26, 2011. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 30th day of September 2011.

                                            MARCIA G. COOKE
                                            United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*